[996 NYS2d 918]

In the Matter of ROBERT JOHN CASSANDRO, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, December 17, 2014

**APPEARANCES OF COUNSEL**

*Mitchell T. Borkowsky*, Hauppauge (*Michael Fuchs* of counsel), for petitioner.

*Peter J. Tomao*, Garden City, for respondent.

## OPINION OF THE COURT

Per Curiam.

On May 13, 2014, after a jury trial before the Honorable Gregory Carro, in the Supreme Court, New York County, the respondent was found guilty of scheme to defraud in the first degree, a class E felony, in violation of Penal Law § 190.65. On July 29, 2014, the respondent was sentenced to an indeterminate term of $1^{1/3}$ to 4 years of imprisonment, and directed to pay restitution.

The Grievance Committee for the Tenth Judicial District now moves to strike the respondent's name from the roll of attorneys and counselors-at-law pursuant to Judiciary Law § 90 (4) (b) based upon his felony conviction. In response, the respondent has stated that he does not oppose the motion.

By virtue of his felony conviction, the respondent ceased to be an attorney and counselor-at-law pursuant to Judiciary Law § 90 (4) (a), and was automatically disbarred on May 13, 2014. Accordingly, the Grievance Committee's motion to strike the respondent's name from the roll of attorneys and counselors-at-law is granted to reflect the respondent's automatic disbarment as of May 13, 2014.

ENG, P.J., MASTRO, RIVERA, SKELOS and CHAMBERS, JJ., concur.

Ordered that pursuant to Judiciary Law § 90 (4) (a), the respondent, Robert John Cassandro, is disbarred, effective May 13, 2014, and his name is stricken from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90 (4) (b); and it is further,

Ordered that the respondent, Robert John Cassandro, shall comply with this Court's rules governing the conduct of disbarred, suspended, and resigned attorneys (see 22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, the respondent, Robert John Cassandro, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, judge, justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding himself out in any way as an attorney and counselor-at-law; and its is further,

Ordered that if the respondent, Robert John Cassandro, has been issued a secure pass by the Office of Court Administra-

tion, it shall be returned forthwith to the issuing agency and the respondent shall certify to the same in his affidavit of compliance pursuant to 22 NYCRR 691.10 (f).